MAYER BROWN LLP
STEVEN E. RICH (SBN 198412)
*srich@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
CITIMORTGAGE, INC.

ANDERSON, OGILVIE & BREWER LLP
MARK F. ANDERSON (SBN 44787)
*mark@aoblawyers.com*
235 Montgomery Street, Suite 914
San Francisco, CA 94104
Telephone: (415) 651-1951
Facsimile: (415) 500-8300

Attorneys for Plaintiffs
PAUL R. CHABOT and BRENDA L.
CHABOT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PAUL R. CHABOT and BRENDA L. CHABOT, <br><br> Plaintiffs, <br><br> v. <br><br> CITIMORTGAGE, INC., a New York corporation; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; and TRANS UNION LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 4:15-cv-01244-DMR <br><br> **JOINT STIPULATED REQUEST AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Defendant CitiMortgage, Inc. ("CitiMortgage") and Plaintiffs Paul R. Chabot and Brenda L. Chabot ("Plaintiffs") (together with CitiMortgage, the "Parties") respectfully submit the following Joint Stipulated Request and Proposed Order Extending Time to Respond to Complaint, pursuant to Civil Local Rules 6-2 and 7-12.

1  **STIPULATED REQUEST**

2  WHEREAS, Plaintiffs filed their Complaint on March 17, 2015;

3  WHEREAS, CitiMortgage's registered agent was served with the Complaint

4  and Summons on March 19, 2015;

5  WHEREAS, the Parties have not filed any prior request for modification of

6  any dates in this case; and,

7  WHEREAS, in the interests of judicial economy, the Parties have engaged in

8  cooperative discussions related to scheduling and streamlining of the case, and

9  believe as a result, and so that CitiMortgage may fully investigate the factual

10  allegations made by Plaintiffs, that good cause exists here to coordinate and extend

11  CitiMortgage's response date from April 9, 2015 to May 26, 2015.

12  **ACCORDINGLY, IT IS HEREBY STIPULATED AND**

13  **RESPECTFULLY REQUESTED AS FOLLOWS:**

14  CitiMortgage shall respond to Plaintiffs' Complaint on, or before, May 26,

15  2015. The Parties agree that by entering into this Stipulation, no Party waives any

16  right or remedy.

17

18

19  **IT IS SO STIPULATED.**

20

21

22  Respectfully submitted,

23  DATED:    March 31, 2015    MAYER BROWN LLP

24

25  /s/ Steven E. Rich

26  Steven E. Rich
    Attorneys for Defendant CitiMortgage, Inc.

27

28

-2-

DATED:    March 31, 2015      ANDERSON, OGILVIE & BREWER LLP

/s/ Mark F. Anderson
Mark F. Anderson
Attorneys for Plaintiffs Paul R. Chabot and
Brenda L. Chabot

**PURSUANT TO STIPULATION, IT IS SO**

Dated: _____4/3_____, 2015

Hon.
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

1

**FILER ATTESTATION**

2      Pursuant to Civil Local Rule 5.1(i)(3), I, Steven E. Rich, attest under penalty

3  of perjury that concurrence in the filing of this document has been obtained from

4  all of the signatories.

5  DATED:  March 31, 2015

6

7                                              /s/ Steven E. Rich
                                               _____

8                                              Steven E. Rich

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     MAYER BROWN LLP
       STEVEN E. RICH (SBN 198412)
2     srich@mayerbrown.com
       350 South Grand Avenue, 25th Floor
3     Los Angeles, CA  90071-1503
       Telephone:  (213) 229-9500
4     Facsimile:  (213) 625-0248

5     Attorneys for Defendant
       CITIMORTGAGE, INC.

6

7

8                  **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10                      **OAKLAND DIVISION**

| | |
|---|---|
| 11   PAUL R. CHABOT and BRENDA L. CHABOT, | Case No. 4:15-cv-01244-DMR |
| 12 | **DECLARATION OF STEVEN E.** |
| 13              Plaintiffs, | **RICH IN SUPPORT OF JOINT STIPULATED REQUEST AND** |
| 14    v. | **PROPOSED ORDER EXTENDING TIME TO** |
| 15   CITIMORTGAGE, INC., a New York | **RESPOND TO COMPLAINT** |
| 16   corporation; EXPERIAN INFORMATION SOLUTIONS, INC., | |
| 17   an Ohio corporation; EQUIFAX INFORMATION SERVICES, LLC, a | |
| 18   Georgia limited liability company; and TRANS UNION LLC, a Delaware | |
| 19   limited liability company, | |
| 20 | |
| 21              Defendants. | |

22

23       I, Steven E. Rich, declare as follows:

24         1.     I am an attorney licensed to practice law in the State of California and

25 am counsel at Mayer Brown LLP, counsel of record for Defendant CitiMortgage,

26 Inc. ("CitiMortgage"). I submit this Declaration in support of the Parties' Joint

27 Stipulated Request and Proposed Order Extending Time to Respond to Complaint,

28 pursuant to Civil Local Rules 6-2 and 7-12. I have personal knowledge of the facts

stated within this Declaration and could testify competently to them if required.

2.      Plaintiffs filed their Complaint on March 17, 2015.  Following service of the Complaint on CitiMortgage's registered agent on March 19, 2015, counsel for CitiMortgage contacted counsel for Plaintiffs and discussed an appropriate response date.

3.      The Parties have not filed any prior request for modification of any dates in this case.

4.      CitiMortgage and Plaintiffs, by and through their counsel, have engaged in a cooperative discussion related to scheduling and streamlining of the case, and believe as a result, and so that CitiMortgage may fully investigate the factual allegations made by Plaintiffs, that good cause exists to coordinate and extend CitiMortgage's response date from April 9, 2015 to May 26, 2015.

5.      The requested modification of time described above will only impact the response date and is not intended to change any other date set by the Court. The Parties have further agreed that by entering into this Stipulation, no Party waives any right or remedy.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct, and that this Declaration was executed on March 31, 2015, in Los Angeles, CA.


Steven E. Rich

DECLARATION OF STEVEN E. RICH IN SUPPORT OF JOINT STIPULATED REQUEST AND PROPOSED
ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 4:15-cv-01244-DMR