UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Paul R. Chabot and Brenda L. Chabot,

      Plaintiffs,

v.

CitiMortgage, Inc., et al,

      Defendants.
_____/

CASE NO. **15-cv-01244-EMC**

STIPULATION AND [P~~ROPO~~SED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- X  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR (*please identify process and provider*)
  _____

_____

The parties agree to hold the ADR session by:

  x  *90 days from the date of the order referring the case to an ADR process.*

  _____

Dated: May 27, 2015.           */s/ Mark F. Anderson*
                  Attorney for Plaintiffs

See attached page 3 for additional counsel.
CONTINUE TO FOLLOWING PAGE

**[PROPOSED]** ~~ORDER~~

☒   The parties' stipulation is adopted and IT IS SO ORDERED.

☐   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:   5/28/15



_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

Page 3 to Stipulation to ADR in *Chabot v CitiMortgage, et al,* No. 3:15-cv-01244 EMC

*/s/ Justin T. Walton*
Justin T. Walkton
(admitted Pro Hac Vice)
Schuckit & Associates, P.C.
34545 Northwestern Drive
Zionsville, IN 46077
Ph: 317.363.2400
Fax: 317.363.2257
Email: JWalton@schuckitlaw.com

*/s/ Monica Katz-Lapides*
Monica Katz-Lapides (SBN 257231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Phone: 510.525.5100
Fax: 510.525.5130
Email: mkl@tateandassociates-law.com        Attorneys for Defendant Trans Union, LLC

/s/ *Katherine A. Klimkowski*
Katherine A. Klimkowski (SBN 263009)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Ph: 949.851.3939
Fax: 949.553.7539
Email: kaklimkowski@jonesday.com        Attorneys for Experian Information Solutions, Inc.

*/s/ Steven E. Rich*
Steven E. Rich (SBN 198412)
Mayer Brown LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Phone: 213.229.9500
Fax: 213.625.0248
Email: srich@mayerbrown.com        Attorneys for CitiMortgage, Inc.

*/s/ Thomas P. Quinn, Jr.*
Thomas P. Quinn, Jr. (SBN 132268)
NOKES & QUINN APC
410 Broadway, Suite 200
Laguna Beach, CA 92651
Phone: 949.376.3500
Fax: 949.376.3070
Email:  tquinn@nokesquinn.com        Attorneys for Equifax Information Services, LLC