UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL R CHABOT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC., et al.,<br><br>Defendants. | Case No. 15-cv-01244-EMC   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  August 18, 2015<br>Mediator:  William Wiebe |

IT IS HEREBY ORDERED that the request to excuse defendants CitiMortgage, Inc.'s, Experian Information Solutions, Inc.'s, Equifax Information Services, LLC's and Trans Union, LLC's client representatives from appearing in person at the August 18, 2015, mediation before William Wiebe is GRANTED.  The excused representatives shall actively participate by telephone for the duration of

the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: July 28, 2015

_____
Maria-Elena James
United States Magistrate Judge