


MAYER BROWN LLP
STEVEN E. RICH (SBN 198412)
*srich@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

MAYER BROWN LLP
THOMAS V. PANOFF (*admitted pro hac vice*)
*tpanoff@mayerbrown.com*
MARITONI D. KANE (*admitted pro hac vice*)
*mkane@mayerbrown.com*
JOSEPH M. CALLAGHAN (*admitted pro hac vice*)
*jcallaghan@mayerbrown.com*
41 South Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7111

Attorneys for Defendant
CITIMORTGAGE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

PAUL R. CHABOT and BRENDA L. CHABOT,

Plaintiffs,

v.

CITIMORTGAGE, INC., a New York corporation; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; and TRANS UNION LLC, a Delaware limited liability company,

Defendants.

Case No. 3:15-cv-01244-EMC

**STIPULATED DISMISSAL WITH PREJUDICE OF CITIMORTGAGE, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by Plaintiffs Paul R. Chabot and Brenda L. Chabot ("Plaintiffs"), and defendants CitiMortgage, Inc. ("CitiMortgage"), Experian Information Solutions, Inc. ("Experian"), Equifax Information Services, LLC ("Equifax"), and TransUnion, LLC ("TransUnion") that this entire action shall be dismissed *with prejudice* as to CitiMortgage.  Plaintiffs and CitiMortgage shall bear their own costs, expenses and fees.

Dated:  August 14, 2015        By:  /s/ *Mark F. Anderson*
                               Mark F. Anderson
                               mark@aoblawyers.com
                               Anderson, Ogilvie & Brewer LLP
                               235 Montgomery Street, #914
                               San Francisco, California 94104
                               Tel.:  (415) 651-1951
                               Fax:  (415) 500-8300

                               *Counsel for Plaintiffs*

Dated:  August 14, 2015        By:  /s/ *Steven E. Rich*
                               Steven E. Rich
                               *srich@mayerbrown.com*
                               Mayer Brown LLP
                               350 S. Grand Avenue, 25th Floor
                               Los Angeles, CA 90071-1503
                               Tel.:  (213) 229-9500
                               Fax:  (213) 625-0248

                               Thomas V. Panoff (*pro hac vice*)
                               *tpanoff@mayerbrown.com*
                               Maritoni D. Kane (*pro hac vice*)
                               *mkane@mayerbrown.com*
                               Joseph M. Callaghan (*pro hac vice*)
                               *jcallaghan@mayerbrown.com*
                               MAYER BROWN LLP
                               71 South Wacker Drive
                               Chicago, IL 60606

Tel.: (312) 782-0600
Fax: (312) 701-7111

*Counsel for Defendant CitiMortgage, Inc.*

Dated: August 14, 2015

By: /s/ *Katherine A. Klimkowski*

Katherine A. Klimkowski
*kaklimkowski@JonesDay.com*
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612-3939
Tel.: (949) 851-3939
Fax: (949) 553-7539

*Counsel for Defendant Experian Information Solutions, Inc.*

Dated: August 14, 2015

By: /s/ *Thomas P. Quinn, Jr.*

Thomas P. Quinn, Jr. (SBN 132268)
*tquinn@nokesquinn.com*
NOKES & QUINN APC
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel.: (949) 376-3500
Fax: (949) 376-3070

*Counsel for Defendant Equifax Information Services, LLC*

Dated: August 14, 2015

By: /s/ *Justin Walton*

Justin Walton (*pro hac vice*)
*jwalton@schuckitlaw.com*
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Tel.: (317) 363-2400
Fax: (317) 363-2257

IT IS SO ORDERED:

______________________
Edward M. Chen
U.S. District Judge

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

Monica Katz-Lapides (SBN 257231)
*mkl@tateandassociates-law.com*
TATE & ASSOCIATES
1321 8th Street, Suite 4
Berkeley, CA 94710
Tel.: (510) 525-5100
Fax: (510) 525-5130

*Counsel for Defendant Trans Union, LLC*

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Steven E. Rich attest under penalty of perjury that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: August 14, 2015

/s/ *Steven E. Rich*
Steven E. Rich