Justin T. Walton, Esq. (IN #29540-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: jwalton@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Telephone: 510-525-5100
Fax: 510-525-5130
E-Mail: mkl@tateandassociates-law.com

*Counsel for Defendant Trans Union, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL R. CHABOT and BRENDA L. CHABOT,<br>      Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC., New York corporation;<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>an Ohio corporation; EQUIFAX INFORMATION<br>SERVICES, LLC, a Georgia limited liability<br>company; and TRANS UNION LLC, a Delaware<br>limited liability company;<br>      Defendants. | CASE NO. 3:15-cv-01244-EMC<br><br>STIPULATION AND<br>[~~PROPOSED~~] ORDER OF<br>DISMISSAL WITH PREJUDICE<br>BETWEEN PLAINTIFFS AND<br>DEFENDANT TRANS UNION,<br>LLC ONLY |

Plaintiffs Paul R. Chabot and Brenda L. Chabot ("Plaintiffs"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

|   |   |
|---|---|
|   | Respectfully submitted, |

Date: August 25, 2015

/s/ Mark F. Anderson (w/consent)
Mark F. Anderson, Esq. (44787)
Anderson, Ogilvie & Brewer, LLP
235 Montgomery Street, Suite 914
San Francisco, CO 94104
Telephone: 415-651-1951
Fax: 415-956-3233
E-Mail: mark@aoblawyers.com

*Counsel for Paul R. Chabot and Brenda L. Chabot*

Date: August 25, 2015

/s/ Justin T. Walton
Justin T. Walton, Esq. (IN #29540-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: jwalton@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Telephone: 510-525-5100
Fax: 510-525-5130
E-Mail: mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

|   |   |
|---|---|
| 1 | **[PROPOSED ORDER]** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiffs Paul R. Chabot and Brenda L. Chabot against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiffs Paul R. Chabot and Brenda L. Chabot and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees. |

Date: _____8/25/15_____

IT IS SO ORDERED
Judge Edward M. Chen
United States District Court,
Northern District of California

DISTRIBUTION TO:

| Mark F. Anderson, Esq.<br>mark@aoblawyers.com | Justin T. Walton, Esq.<br>jwalton@schuckitlaw.com |
|---|---|
| Katherine A. Klimkowski, Esq.<br>kaklimkowski@jonesday.com | Monica Katz-Lapides, Esq.<br>mkl@tateandassociates-law.com |
| Kerry C. Fowler, Esq.<br>kcfowler@jonesday.com | Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com |