Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiffs Paul R. Chabot and Brenda L. Chabot

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL R. CHABOT and BRENDA L. CHABOT,<br><br>    Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC.;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>and TRANS UNION LLC,<br><br>    Defendants. | Case No. 3:15-cv-01244 EMC<br><br>STIPULATION FOR DISMISSAL OF REMAINING DEFENDANTS ; ORDER |

IT IS HEREBY STIPULATED by and between counsel for plaintiffs Paul R. Chabot and Brenda L. Chabot and counsel for defendants Experian Information Solutions, Inc. ("Experian") and Equifax Information Services, LLC ("Equifax") that plaintiffs Paul R. Chabot's and Brenda L. Chabot's claims against the remaining defendants Experian and Equifax shall be dismissed with prejudice, each party to bear its own fees and costs, pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(ii).

Date: August 27, 2015     /s/ *Mark F. Anderson*
                                          Mark F. Anderson, SBN 44787
                                          Anderson, Ogilvie & Brewer LLP
                                          235 Montgomery Street
                                          San Francisco, CA 94104
                                          Suite 914

**STIPULATION FOR DISMISSAL REMAINING DEFS –- CHABOT V CITIMORTAGE, NO. 15-01244 EMC**

|   |   |
|---|---|
|   | Phone: 415.651.1951<br>Fax: 415.500.8300<br>mark@aoblawyers.com |
|   | Attorney for Plaintiffs Paul R. Chabot and Brenda L. Chabot |
| Date: August 27, 2015 | /s/ *Kerry C. Fowler*<br>Kerry C. Fowler<br>JONES DAY<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br>Phone: 213.489.3939<br>Fax: 213.243.2539<br>kcfowler@JonesDay.com |
| Date: August 27, 2015 | */s/ Thomas P. Quinn, Jr.*<br>Thomas P. Quinn, Jr. (SBN 132268)<br>NOKES & QUINN APC<br>410 Broadway, Suite 200<br>Laguna Beach, CA 92651<br>Phone: 949.376.3500<br>Fax: 949.376.3070<br>Email: tquinn@nokesquinn.com |
|   | Attorneys for Equifax Information Services, LLC |

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

[Seal: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court Northern District of California]

## FILER ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I, Mark Anderson attest under penalty of perjury under the laws of the United States that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: August 27, 2015                      */s/Mark F. Anderson*
                                             Mark F. Anderson

---

**STIPULATION FOR DISMISSAL REMAINING DEFS –- CHABOT V CITIMORTAGE, NO. 15-01244 EMC**

Page 2 of 2